## OWENS et al. v. EDMONDS.

No. 4236.   Opinion Filed May 11, 1915.

(148 Pac. 1145.)

*Error from Superior Court, Oklahoma County;*

*Edward Dewes Oldfield, Judge.*

Action between M. F. Owens and another and William Edmonds. From the judgment, the parties first-mentioned, bring error. Dismissed.

*J. V. Cabell,* for plaintiffs in error.

*Claude A. Niles* and *Charles Buford,* for defendant in error.

THACKER, C. On April 13, 1915, this court made and entered an order that in case No. 4236, Owens *et al.* v. Edmonds, the plaintiff in error should pay to the clerk of the Supreme Court the sum of $10 as a deposit for costs, and that same be paid within 15 days from said date. This order of the court has not been complied with, and in pursuance thereto the cause should be dismissed for want of prosecution.

By the Court: It is so ordered.